# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: Artishon, Katherine Grace

      Debtor(s)

Chapter 7
BKY 25-43057

Katherine Artishon
      Plaintiff(s)

Chapter 7
Adv 26-04008

v.

US Department of Education
      Defendant(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR
## IN ADVERSARY PROCEEDING

1. Pursuant to 11 U.S.C. § 329(a) and Fed Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me after one year before the date of filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with this adversary proceeding is as follows:

    For legal services, I have agreed to accept
    (flat fee or hourly rate):                       $3,000

    Prior to the filing of this statement, I have received:     $0

    Balance Due (or hourly rate):                 $3,000

2. The source of the compensation paid to me is:
    ☑ Debtor              ☐ Other (specify)

3. The source of the compensation to be paid to me is:

☑ Debtor                    ☐ Other (specify)

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people or entites sharing in the compensation, is attached.

5.   In return for the above-disclosed fee, together with such further fee, if any, as is provided in the written contract required by 11 U.S.C. § 528(a)(1), I have agreed to render the following legal services:

Representation of the debtor(s) in this adversary proceeding.

CERTIFICATION

I certify that the foregoing, together with the written contract required by 11 U.S.C. § 528(a)(1), is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this adversary proceeding.

Date: 02/04/2026

/s/ Andrew C. Walker
Signature of Attorney
Andrew C. Walker#392525
Ethan Mustonen #399356
Walker and Walker Law Offices, PLLC
4356 Nicollet Ave
Minneapolis, MN 55409
(612) 824-4357
contacts@bankruptcytruth.com